UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY NEAL GUENAT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Commissioner of Social Security<br><br>　　　　Defendant.<br>_____ | NO. CV 19-8318-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Based upon the Stipulation for Award and Payment of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 ("Stipulation"), which was filed on April 30, 2020, IT IS ORDERED that fees in the amount of $1,000.00 as authorized by 28 U.S.C. § 2412(d), and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920 shall be awarded, subject to terms of the Stipulation.

DATED: May 21, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE